FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, and FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC.,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:26-cv-

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs, Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc., by and through their undersigned counsel, hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Florida State Conference of Branches and Youth Units of the NAACP has no parent corporation, nor does a publicly held company own any interest in it; and

2. Florida Alliance for Retired Americans, Inc. has no parent corporation, nor does a publicly held company own any interest in it.

**Dated: April 1, 2026**

Respectfully submitted,

**ABHA KHANNA\***
**WALKER McKUSICK\***
Elias Law Group
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

**CHRISTINA FORD**
FL Bar No. 1011634
**NICOLE WITTSTEIN \***
Elias Law Group
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cford@elias.law
nwittstein@elias.law

*\* Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiffs Florida State Conference of Branches of Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc.*

*/s/ Frederick S. Wermuth*
**FREDERICK S. WERMUTH**
FL. Bar No. 0184111
**QUINN B. RITTER**
FL Bar No. 1018135
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 25, 2026,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111