IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF          Case No. 4:26-cv-147-MW/MAF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

              Plaintiffs,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, KIM A.
BARTON, in her official capacity as
Supervisor of Elections for Alachua
County, et al.,

              Defendants.
_____/

## <u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT<br>KIM A. BARTON, IN HER OFFICIAL CAPACITY<br>AS ALACHUA COUNTY SUPERVISOR OF ELECTIONS</u>

COMES NOW Robert C. Swain, with the Alachua County Attorney's Office, and hereby files his Notice of Appearance as counsel of record for Defendant KIM A. BARTON, in her Official Capacity as Alachua County Supervisor of Elections, in the above-referenced proceeding. The undersigned requests that a copy of all further filings in this matter be served upon him at the e-mail addresses shown in the signature block below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF portal, which will also serve a copy to all counsel of record this 2nd day of April, 2026.

Respectfully submitted,

ALACHUA COUNTY ATTORNEY'S OFFICE

By:    */s/ Robert C. Swain*
Robert C. Swain
Deputy County Attorney
Florida Bar No. 366961
12 Southeast 1st Street
Gainesville, Florida 32601
Phone: (352) 374-5218/Fax: 374-5216
bswain@alachuacounty.us
CAO@alachuacounty.us
Counsel for Kim A. Barton, in her official
capacity as Alachua County Supervisor
of Elections