FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, *et al.*,

    Plaintiffs,

vs.                           CASE NO.: 4:26-cv-00147-MW-MAF

CORD BYRD, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT PAUL A. LUX

PLEASE TAKE NOTICE that MATTHEW R. SHAUD of the Law Firm of Nabors, Giblin & Nickerson, P.A., hereby files his Notice of Appearance as counsel on behalf of Defendant PAUL A. LUX, in his official capacity as Supervisor of Elections for Okaloosa County, in connection with any and all proceedings in the above-styled cause, and requests that copies of all pleadings, notices, and correspondence be served on the undersigned attorney at the email addresses set forth in the signature block below.

[Signature Block on Following Page]

Respectfully submitted,

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
mshaud@ngnlaw.com
legal-admin@ngnlaw.com
**Counsel for Defendant Paul A. Lux**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 3rd day of April, 2025.

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD