# UNITED STATES DISTRICT COURT
for the
Northern District of Florida ▾

| | |
|---|---|
| Florida State Conference of Branches & Youth Units | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:26-cv-00147 |
| Cord Bryd, in his official capacity, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Craig Latimer, in his official capacity as Supervisor of Elections for Hillsborough County                .

Date:     04/03/2026

*Stephen M. Todd*
*Attorney's signature*

Stephen M. Todd  FL Bar #0886203
*Printed name and bar number*
Office of the County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110

*Address*

ToddS@hcfl.gov
*E-mail address*

(813) 272-5670
*Telephone number*

(813) 272-5758
*FAX number*