FLORIDA STATE
CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE
NAACP AND FLORIDA
ALLIANCE FOR RETIRED
AMERICANS, INC.,

Case No. 4:26-cv-00147-MW-MAF

      Plaintiffs,

v.

CORD BYRD, in his official
capacity as Secretary of State of
Florida, et al.,

      Defendants.

_____/

## **NOTICE OF APPEARANCE**

      To the Clerk of Court and all parties of record, I am admitted to practice

in this Court, and I appear in this case as counsel for Defendant Tim Bobanic,

in his official capacity as Supervisor of Elections for Brevard County.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Telephone: (321) 363-1634
Facsimile: (321) 319-9095

Primary email: fmari@tessmari.com
Secondary email: ihaines@tessmari.com
Attorney for Defendant Tim Bobanic