FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

                                                 **CASE NO.: 4:26-cv-00147-MW-MAF**

Plaintiffs,

v.

CRAIG LATIMER, in his official
capacity as Supervisor of Elections
For Hillsborough County, et. al.

 Defendants.
_____/

## DEFENDANT CRAIG LATIMER, IN HIS OFFICIAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR HILLSBOROUGH COUNTY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

DEFENDANT CRAIG LATIMER, in his official capacity as Supervisor of Elections for Hillsborough County, pursuant to Rule 7.1 Federal Rules of Civil Procedure, files this Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1.    **Corporate Disclosure Statement:** Pursuant to Article VIII, Section 1(d) of the Florida Constitution, the Hillsborough County Supervisor of Elections is a county officer of Hillsborough County, a political subdivision of the State of

Florida. The Hillsborough County Supervisor of Elections does not have any subsidiaries, conglomerates, affiliates, or parent corporations.

2.      **Interested Parties:** All listed parties to this action and their counsel of record.

Respectfully submitted,

*/s/ Stephen M. Todd*
Stephen M. Todd, Esquire
Sr. Assistant County Attorney
Florida Bar No. 0886203
Office of the County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670 – Fax: (813) 272-5758
Attorney for Defendant, Hillsborough County
Service Emails:
ToddS@hcfl.gov
Henryka@hcfl.gov
PageS@hcfl.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2026, the foregoing document was electronically submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to Counsel of Record.

*/s/ Stephen M. Todd*
Stephen M. Todd, Esquire