**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE**
**OF BRANCHES AND YOUTH**
**UNITS OF THE NAACP, et al.,**

                        **CASE NO.: 4:26-cv-00147-MW-MAF**

**Plaintiffs,**

**v.**

**CRAIG LATIMER, in his official**
**capacity as Supervisor of Elections**
**For Hillsborough County, et. al.**

 **Defendants.**

_____/

**<u>DEFENDANT HILLSBOROUGH COUNTY'S</u>**
**<u>NOTICE OF RELATED ACTION</u>**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

   X    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

*/s/ Stephen M. Todd*
Stephen M. Todd, Esquire
Sr. Assistant County Attorney
Florida Bar No. 0886203
Office of the County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670 – Fax: (813) 272-5758
Attorney for Defendant, Hillsborough County
Service Emails:
ToddS@hcfl.gov
Henryka@hcfl.gov
PageS@hcfl.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2026, the foregoing document was electronically submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to Counsel of Record.
.

*/s/ Stephen M. Todd*
Stephen M. Todd, Esquire