IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF      Case No. 4:26-cv-147-MW/MAF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

          Plaintiffs,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, KIM A.
BARTON, in her official capacity as
Supervisor of Elections for Alachua
County, et al.,

          Defendants.

_____/

## DEFENDANT KIM A. BARTON, IN HER OFFICIAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR ALACHUA COUNTY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County, and pursuant to Federal Rules of Civil Procedure 7.1, files this Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1.    <u>Corporate Disclosure Statement:</u>

The Alachua County Supervisor of Elections is a constitutional officer of Alachua County, a political subdivision of the State of Florida.  The

Alachua County Supervisor of Elections does not have subsidiaries, conglomerates, affiliates, or parent corporations.

2.    Interested Parties:

All listed parties to this action and their counsel of record.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF portal, which will also serve a copy to all counsel of record this 7th day of April, 2026.

Respectfully submitted,

ALACHUA COUNTY ATTORNEY'S OFFICE

By:    */s/ Robert C. Swain*
        Robert C. Swain
        Deputy County Attorney
        Florida Bar No. 366961
        12 Southeast 1st Street
        Gainesville, Florida 32601
        Phone: (352) 374-5218/Fax: 374-5216
        bswain@alachuacounty.us
        CAO@alachuacounty.us
        Counsel for Kim A. Barton, in her official capacity as Alachua County Supervisor of Elections