**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**Case No. 4:26-cv-00147-MW-MAF**

FLORIDA STATE CONFERENCE
OF BRANCES AND YOUTH
UNITS OF THE NAACP and
FLORIDA APPLIANCE FOR
RETIRED AMERICANS, INC.,

        Plaintiffs,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

        Defendants.

_____

**NOTICE OF APPEARANCE FOR**
**DEFENDANT JOE SCOTT, IN HIS OFFICIAL CAPACITY AS**
**<u>SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY</u>**

NOTICE IS HEREBY GIVEN that Devona A. Reynolds Perez enters her

appearance as counsel of record in the above-referenced matter for Defendant Joe

Scott, in his official capacity as Supervisor of Elections for Broward County, and

respectfully requests that any and all papers filed or served in this case be served on

the undersigned counsel.

        Respectfully submitted,

        Andrew J. Meyers
        Broward County Attorney

115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600

By: */s/ Devona A. Reynolds Perez*
Devona A. Reynolds Perez
Fla. Bar No. 70409
Email: DReynoldsPerez@broward.org
*Counsel for Defendant Joe Scott*