**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**Case No. 4:26-cv-00147-MW-MAF**


FLORIDA STATE CONFERENCE
OF BRANCES AND YOUTH
UNITS OF THE NAACP and
FLORIDA APPLIANCE FOR
RETIRED AMERICANS, INC.,

      Plaintiffs,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

      Defendants.

_____/

**NOTICE OF APPEARANCE FOR**
**DEFENDANT JOE SCOTT, IN HIS OFFICIAL CAPACITY AS**
**SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY**

NOTICE IS HEREBY GIVEN that Adam Katzman enters his appearance as

counsel of record in the above-referenced matter for Defendant Joe Scott, in his

official capacity as Supervisor of Elections for Broward County, and respectfully

requests that any and all papers filed or served in this case be served on the

undersigned counsel.

      Respectfully submitted,

      Andrew J. Meyers
      Broward County Attorney

115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600

By: /s/ *Adam Katzman*
Adam Katzman
Fla. Bar No. 652431
Email: akatzman@broward.org
*Counsel for Defendant Joe Scott*