# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA
ALLIANCE FOR RETIRED
AMERICANS, INC.,

    *Plaintiffs*,

v.                                                            Case No. 4:26-cv-147-MW-MAF

CORD BYRD, et al.,

    *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

Mohammad O. Jazil gives notice of his appearance on behalf of Cord Byrd, in his official capacity as Florida Secretary of State, and Dave Kerner, in his official capacity as Director of the Florida Department of Highway Safety and Motor Vehicles, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: April 7, 2026

Respectfully submitted,

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com

*Counsel for Florida Secretary of State and*
*Florida Department of Highway Safety and*
*Motor Vehicles Director*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil