**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE OF**
**BRANCHES AND YOUTH UNITS OF**
**THE NAACP, et al.,**

    *Plaintiffs*,

v.                             **Case No.: 4:26cv147-MW/MAF**

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Defendant Byrd and Defendant Kerner's motion

to stay. ECF No. 18. Plaintiffs shall file an expedited response to the motion **on or**

**before Wednesday, April 15, 2026**.

    **SO ORDERED on April 8, 2026.**

                      **s/Mark E. Walker**
                      **United States District Judge**