<div align="center">

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

</div>

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

Plaintiffs,

v.                                                  Case No.: 4:26-cv-00147-MW-MAF

CORD BYRD, et al,

Defendants.

_____/

<div align="center">

**NOTICE OF APPEARANCE**

</div>

Geraldo F. Olivo, III, Esquire of the firm of HENDERSON, FRANKLIN, STARNES & HOLT enters his appearance as counsel of record in the above-styled case for the Defendants, ALETRIS FARNAM, as Supervisor of Elections for Glades County, DIANE SMITH, as Supervisor of Elections for Hardee County, SHERRY TAYLOR, as Supervisor of Elections for Hendry County, H. RUSSELL WILLIAMS, as Supervisor of Elections for Holmes County, TAMMY JONES, as Supervisor of Elections for Levy County and DAVID MAY, as Supervisor of Elections for Okeechobee County (herein after "Defendants"), pursuant to Fed.R.Civ.P. 2.02(a), in the above-captioned matter.

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/Geraldo F. Olivo, III*
Geraldo F. Olivo, III

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2026, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system,

which will send a notice of electronic filing to all counsel of record.

HENDERSON, FRANKLIN,
STARNES & HOLT, P.A.
*Attorneys for Six Defendants*
1715 Monroe Street
Fort Myers, FL   33902-0280
jerry.olivo@henlaw.com
rebekah.davies@henlaw.com


By: */s/Geraldo F. Olivo, III*
Geraldo F. Olivo, III, Esquire
Florida Bar No. 0060905