**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF THE
NAACP and FLORIDA ALLIANCE FOR
RETIRED AMERICANS, INC.,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, KIM A.
BARTON, in her official capacity as
Supervisor of Elections for Alachua County,
et al.,

    *Defendants.*

Case No. 4:26-cv-147-MW/MAF

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Attorney Christina Ford appears as counsel of record for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP and Florida Alliance for Retired Americans, Inc., in this action and requests that copies of all pleadings and other matters submitted to the Court be served upon her via the Court's electronic filing system.

Date: April 8, 2026

Respectfully submitted,
/s/ *Christina Ford*

**ELIAS LAW GROUP LLP**
Christina Ford (FL Bar No. 1011634)
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Phone: 202-968-4558
Facsimile: 206-656-0180
cford@elias.law

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF portal, which will also serve a copy to all counsel of record this 8th day of April, 2026.

Respectfully submitted,

*/s/ Christina Ford*
Christina Ford
*Counsel for Plaintiffs*