FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.

      Plaintiffs,

v.                               Case No. 4:26-cv-00147-MW-MAF

CORD BYRD, in his official capacity
as SECRETARY OF STATE OF
FLORIDA, et al.,

      Defendants.
_____/

**NOTICE OF APPEARANCE FOR DEFENDANTS, SUPERVISORS OF
ELECTIONS FOR CLAY, MARTIN, OSCEOLA, PALM BEACH,
<u>POLK, AND ST. LUCIE COUNTIES</u>**

      **PLEASE TAKE NOTICE** that undersigned counsel, John T. LaVia, III, with

the Gardner Bist King & Wood law firm hereby enters his appearance as counsel for

the following Defendants:

      Clay County Supervisor of Elections Chris Chambless;

      Martin County Supervisor of Elections Vicki Davis;

      Osceola County Supervisor of Elections Mary Jane Arrington;

      Palm Beach County Supervisor of Elections Wendy Sartory Link;

      Polk County Supervisor of Elections Melony Bell; and

St. Lucie County Supervisor of Elections Gertrude Walker.

**PLEASE TAKE NOTICE** that the undersigned attorney requests that copies

of all further filings in this matter be served at the following email addresses:

Attorney:                                              John T. LaVia, III
Primary Electronic Email Address:     jlavia@gbkwlaw.com
Secondary Electronic Email Address:  rhonda@gbkwlaw.com

Respectfully submitted this 9th day of April, 2026.

/s/ John T. LaVia, III
John T. LaVia, III
Florida Bar No. 0853666
Gardner Bist King & Wood
1300 Thomaswood Drive
Tallahassee, Florida  32308
Telephone:  (850) 385-0070
jlavia@gbkwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ John T. LaVia, III</u>
Attorney