UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

                                      Case No. 4:26-cv-00147-MW-MAF

       Plaintiffs,

v.

CORD BYRD, in his official
capacity as Secretary of State of
Florida, et al.,

       Defendants.

_____/

**<u>CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Tim Bobanic, in his official capacity as Supervisor of Elections

for Brevard County, and pursuant to Federal Rules of Civil Procedure 7.1, files

this Certificate of Interested Parties and Corporate Disclosure Statement, as

follows:

1.     <u>Corporate Disclosure Statement:</u>

The Brevard County Supervisor of Elections is a constitutional officer of

Brevard County, a political subdivision of the State of Florida.  The Brevard

County Supervisor of Elections does not have subsidiaries, conglomerates,

affiliates, or parent corporations.

2.      Interested Parties:

All listed parties to this action and their counsel of record.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746
Telephone: (321) 363-1634
Facsimile: (321) 319-9095
Primary email: fmari@tessmari.com
Secondary email: ihaines@tessmari.com
Attorney for Defendant Tim Bobanic