**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCES OF BRANCHES
AND YOUTH UNITS OF THE NAACP, et al

    Plaintiffs,                Case No.: 4:26-CV-00147-MW-MAF

v.

CORD BYRD, et al.,

    Defendants.

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW Jared D. Kahn, with the Pinellas County Attorney's Office, and hereby files his Notice of Appearance as counsel of record for Defendant JULIE MARCUS, in her Official Capacity as Pinellas County Supervisor of Elections, in the above-referenced proceeding. The undersigned requests that a copy of all further filings in this matter be served upon him at the e-mail addresses shown in the signature block below.

                                  Respectfully submitted,

                                  ***/s/ Jared D. Kahn***
                                  JARED D. KAHN

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on April 9, 2026, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

*/s/ Jared D. Kahn*
JARED D. KAHN
Florida Bar Number 105276
Senior Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL  33756
Phone: (727) 464-3354 / Fax: (727) 464-4147
Primary e-mail address: jkahn@pinellas.gov
Secondary e-mail address: eservice@pinellas.gov
Attorney for Defendant, JULIE MARCUS,
Pinellas County Supervisor of Elections

PCAO 564899