IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, *et al.*,

    *Plaintiffs,*

v.                                                                Case No. 4:26-cv-147-MW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, *et al.*,

    *Defendants.*

_____/

## **NOTICE OF APPEARANCE**

    Bilal Ahmed Faruqui gives notice of his appearance on behalf of Cord Byrd, in his official capacity as Florida Secretary of State, in the above-styled action and requests that all papers filed in this case be served upon the undersigned.

Date: April 9, 2026          Respectfully submitted,

                            */s/ Bilal Ahmed Faruqui*
                            Bilal Ahmed Faruqui (FBN 15212)
                            DEPUTY GENERAL COUNSEL
                            FLORIDA DEPARTMENT OF STATE
                            500 South Bronough Street, Suite 100
                            Tallahassee, Florida 32399-0250
                            bilal.faruqui@dos.fl.gov
                            (850) 245-6519
                            *Counsel for Florida Secretary of State*