**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

**FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,** et al.,

      *Plaintiffs*,

v.

**CORD BYRD**, in his official capacity as Florida Secretary of State, et al.,

      *Defendants*.

Case No. 4:26-cv-00147-MW-MAF

## NOTICE OF APPEARANCE

Oren Rosenthal gives notice of his appearance as attorney of record in this case on behalf of Defendant Alina Garcia, in her official capacity as the Miami-Dade County Supervisor of Elections, and requests that all papers filed in this case be served upon him.

Date: April 10, 2026

Respectfully submitted,

By: */s/ Oren Rosenthal*
**OREN ROSENTHAL (FBN 86320)**
**GENERAL COUNSEL**
**MIAMI-DADE COUNTY**
**SUPERVISOR OF ELECTIONS**
2700 NW 87th Ave.
Miami, Florida 33172
Phone: (305) 499-8537
Fax: (305) 499-8683
oren.rosenthal@votemiamidade.gov
*Counsel for Defendant Alina Garcia*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Oren Rosenthal*

Oren Rosenthal