**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

    Plaintiffs,

                              Case No. 4:26-cv-00147-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE ON**
**<u>BEHALF OF TEN SUPERVISORS OF ELECTIONS</u>**

The undersigned gives notice of his appearance as counsel for the

Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee,

Marion, Monroe, Pasco, and Seminole Counties.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com