IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

*Plaintiffs*,

v.

CASE NO.: 4:26-cv-00147-MW-MAF

CORD BYRD, in his capacity as
Secretary of State for the State of Florida,; KIM
BARTON, in her official capacity as Supervisor
of Elections for Alachua County; CHRISTOPHER
MILTON, in his official capacity as Supervisor of
Election for Baker County; NINA WARD, in her
official capacity as Supervisor of Elections for Bay
County; AMANDA SEYFANG, in her official
capacity as Supervisor of Elections for Bradford
County; TIM BOBANIC, in his official capacity as
Supervisor of Elections for Brevard County; JOE
SCOTT, in his official capacity as Supervisor of
Elections for Broward County; SHARON
CHASON, in her official capacity as Supervisor of
Elections for Calhoun County; LEAH VALENTI,
in her official capacity as Supervisor of Elections
for Charlotte County; MAUREEN "MO" BAIRD,
in her official capacity as Supervisor of Elections
for Citrus County; CHRIS H. CHAMBLESS, in
his official capacity as Supervisor of Elections for
Clay County; MELISSA BLAZIER, in her official
capacity as Supervisor of Elections for Collier
County; TOMI STINSON BROWN, in her official
capacity as Supervisor for Columbia County;
DEBBIE WERTZ, in her official capacity as
Supervisor of Elections for DeSoto County;
DARBI CHAIRES, in her official capacity as
Supervisor of Elections for Dixie County; JERRY
HOLLAND, in his official capacity as Supervisor
of Elections for Duval County; ROBERT
BENDER, in his official capacity as Supervisor of
Elections for Escambia County; KAITLYN
LENHART, in her official capacity as Supervisor

1

of Elections for Flagler County; HEATHER RILEY, in her official capacity as Supervisor of Elections for Franklin County; KENYA WILLIAMS, in her official capacity as Supervisor of Elections for Gadsden County; LISA DARUS, in her official capacity as Supervisor of Elections for Gilchrist County; ALETRIS FARNAM, in her official capacity as Supervisor of Elections for Glades County; RHONDA PIERCE in her official capacity as Supervisor of Elections for Gulf County; LAURA HUTTO, in her official capacity as Supervisor of Elections for Hamilton County; DIANE SMITH, in her official capacity as Supervisor of Elections for Hardee County; SHERRY TAYLOR, in her official capacity as Supervisor of Elections for Hendry County; DENISE LAVANCHER, in her official capacity as Supervisor of Elections for Hernando County; KAREN HEALY, in her official capacity as Supervisor of Elections for Highlands County; CRAIG LATIMER, in his official capacity as Supervisor of Elections for Hillsborough County; H. RUSSELL WILLIAMS, in his official capacity as Supervisor of Elections for Holmes County; LESLIE R. SWAN, in her official capacity as Supervisor of Elections for Indian River County; CAROL A. DUNAWAY, in her official capacity as Supervisor of Elections for Jackson County; MICHELLE MILLIGAN, in her official capacity as Supervisor of Elections for Jefferson County; TRAVIS HART, in his official capacity as Supervisor of Elections for Lafayette County; ALAN HAYS, in his official capacity as Supervisor of Elections for Lake County; BERNIE FELICIANO, in her official capacity as Supervisor of Elections for Lee County; MARK EARLEY, in his official capacity as Supervisor of Elections for Leon County; TAMMY JONES, in her official capacity as Supervisor of Elections for Levy County; GRANT CONYERS, in his official capacity as Supervisor of Elections for Liberty County; HEATH DRIGGERS, in his official capacity as Supervisor of Elections for Madison County; SCOTT FARRINGTON, in his official capacity as Supervisor of Elections for Manatee County; WESLEY WILCOX, in his official capacity as Supervisor of Elections for Marion

2

County; VICKI DAVIS, in her official capacity as Supervisor of Elections for Martin County; ALINA GARCIA, in her official capacity as Supervisor of Elections for Miami-Dade County; SHERRI HODIE, in her official capacity as Supervisor of Elections for Monroe County; JANET H. ADKINS, in her official capacity as Supervisor of Elections for Nassau County; PAUL A. LUX, in his official capacity as Supervisor of Elections for Okaloosa County; DAVID MAY, in his official capacity as Supervisor of Elections for Okeechobee County; KAREN CASTOR DENTEL, in her official capacity as Supervisor of Elections for Orange County; MARY JANE ARRINGTON, in her official capacity as Supervisor of Elections for Osceola County; WENDY LINK, in her official capacity as Supervisor of Elections for Palm Beach County; BRIAN CORLEY, in his official capacity as Supervisor of Elections for Pasco County; JULIE MARCUS, in her official capacity as Supervisor of Elections for Pinellas County; MELONY BELL, in her official capacity as Supervisor of Elections for Polk County; CHARLES OVERTURF, in his official capacity as Supervisor of Elections for Putnam County; TAPPIE VILLANE, in her official capacity as Supervisor of Elections for Santa Rosa County; RON TURNER, in his official capacity as Supervisor of Elections for Sarasota County; AMY PENNOCK, in her official capacity as Supervisor of Elections for Seminole County; VICKY OAKES, in her official capacity as Supervisor of Elections for St. Johns County; GERTRUDE WALKER, in her official capacity as Supervisor of Elections for St. Lucie County; WILLIAM KEEN, in his official capacity as Supervisor of Elections for Sumter County; JENNIFER KINSEY, in her official capacity as Supervisor of Elections for Suwannee County; DANA SOUTHERLAND, in her official capacity as Supervisor of Elections for Taylor County; DEBORAH OSBORNE, in her official capacity as Supervisor of Elections for Union County; LISA LEWIS, in her official capacity as Supervisor of Elections for Volusia County; JOSEPH R. MORGAN, in his official capacity as Supervisor of Elections for Wakulla County; DEIDRA PETTIS,

3

in her official capacity as Supervisor of Elections
for Washington County, and DAVE KERNER, in
his official capacity as Executive Director of the
Florida Department of Highway Safety and Motor
Vehicles,

                *Defendants.*

_____/

### <u>NOTICE OF APPEARANCE OF COUNSEL FOR<br>DEFENDANT LISA LEWIS, IN HER OFFICIAL CAPACITY AS<br>SUPERVISOR OF ELECTIONS FOR VOLUSIA COUNTY</u>

PLEASE TAKE NOTICE of the appearance of Sarah Jonas, Esquire, Assistant County Attorney, as counsel in the above-referenced matter for Defendant Lisa Lewis, in her official capacity as Supervisor of Elections for Volusia County.  Please serve copies of all papers filed in this case upon the undersigned.

Dated: April 15, 2026                              Respectfully submitted,

                                                  /s/ *Sarah Jonas*
                                                  Sarah Jonas, Esq.
                                                  Assistant County Attorney
                                                  Fla. Bar No.: 115989
                                                  123 W. Indiana Avenue
                                                  DeLand, Florida 32720
                                                  (386) 736-5950
                                                  sjonas@volusia.org
                                                  vbustamante@volusia.org

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 15, 2026, the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of filing and an electronic copy to all counsel of record.

                                                  /s/ *Sarah Jonas*