**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,**

    *Plaintiffs*,

v.                             **Case No.: 4:26cv147-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION TO STAY CASE

This Court has considered, without hearing, Defendant Byrd and Defendant

Kerner's motion to stay, ECF No. 18, and Plaintiffs' response, ECF No. 33. All sides

agree that transfer of this case to the first-filed court in the Southern District of

Florida is appropriate. And, this Court certainly has no objection to the transfer.

Plaintiffs point out, however, that the law regarding which court should rule on a

motion to transfer is muddled. And Plaintiffs have the better of the argument with

respect to whether this Court should stay this action pending a ruling in the Southern

District of Florida. In short, this Court is not going to stay this case indefinitely,

particularly if it turns out the Southern District of Florida does not decide it is the

proper court to rule on a motion to transfer. But this Court will not sua sponte transfer

this action absent a motion. And no motion to transfer has been filed in this Court.

Accordingly, Defendants' motion to stay, ECF No. 18, is **DENIED**.

**SO ORDERED on April 16, 2026.**

**s/Mark E. Walker**
**United States District Judge**
