FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, *et al.*,

     Plaintiffs,

vs.                    CASE NO.: 4:26-cv-00147-MW-MAF

CORD BYRD, *et al.*,

     Defendants.

_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF <u>DEFENDANT PAUL A. LUX</u>

Defendant, PAUL A. LUX, in his official capacity as Supervisor of Elections for Okaloosa County, by and through undersigned counsel and in accordance with Federal Rule of Civil Procedure 7.1, files this Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1.    <u>Corporate Disclosure Statement</u>:

The Supervisor of Elections for Okaloosa County, pursuant to Article VIII, Section 1(d) of the Florida Constitution, is a constitutional officer of the State of Florida. The Supervisor of Elections for Okaloosa County does not have any subsidiaries, conglomerates, affiliates, or parent corporations.

2. <u>Interested Parties</u>:

All listed parties to this action and their counsel of record.

Respectfully submitted this 16th day of April, 2026.

/s/ *Matthew R. Shaud*
GREGORY T. STEWART
Florida Bar No. 203718
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com
**Counsel for Defendant Paul A. Lux**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 16th day of April, 2026.

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD