IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP and FLORIDA ALLIANCE
FOR RETIRED AMERICANS, INC.,

    *Plaintiffs,*

v.                                CASE No. 4:26-cv-00147-MW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

    Ashley E. Davis gives notice of her appearance on behalf of Cord Byrd, in his

official capacity as Florida Secretary of State, in the above-styled action, and requests that

all papers filed in this case be served upon the undersigned.

Date: April 17, 2026

Respectfully submitted,
*/s/ Ashley E. Davis*
ASHLEY E. DAVIS (FBN 48032)
*General Counsel*
ashley.davis@dos.fl.gov
jenna.mclanahan@dos.fl.gov
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-02
Phone: (850) 245-6536
Fax: (850) 245-6125

*Counsel for Florida Secretary of State*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM-ECF, which shall serve a copy to all counsel of record.

/s/ *Ashley E. Davis*
Ashley E. Davis