IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, *et al*.,

     Plaintiff,

v.                            Case No. 4:26-cv-00147-MW-MAF

CORD BYRD, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF
STATE OF FLORIDA, ET AL,

     Defendant.

_____/

## NOTICE OF APPEARANCE FOR DEFENDANTS, SUPERVISORS OF ELECTIONS FOR DESOTO, FLAGLER, GILCHRIST, HIGHLANDS, JEFFERSON, MADISON,  LIBERTY, AND UNION COUNTIES

To the Clerk of Court and all parties of record, I am admitted to practice in this Court, and I appear in this case as counsel for:

1.    Defendant Debbie Wertz, in her official capacity as Supervisor of Elections for DeSoto County;

2.    Defendant Kaiti Lenhart, in her official capacity as Supervisor of Elections for Flagler County;

1

3.      Defendant Lisa Darus, in his official capacity as Supervisor of Elections for Gilchrist County;

4.      Defendant Karen Healy, in her official capacity as Supervisor of Elections for Highlands County;

5.      Defendant Michelle Milligan, in her official capacity as Supervisor of Elections for Jefferson County; and

6.      Defendant Heath Driggers, in his official capacity as Supervisor of Elections for Madison County.

7.      Defendant Grant Conyers, in his official capacity as Supervisor of Elections for Liberty County.

8.      Defendant Deborah Osborne, in her official capacity as Supervisor of Elections for Union County.

Respectfully submitted,

*/s/ Pausha Taghdiri*
Pausha Taghdiri, Esq.
Florida Bar No. 1002857
Roper, Townsend & Sutphen P.A. 255 S. Orange Ave, Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: ptaghdiri@roperpa.com
Secondary email: kcordeiro@roperpa.com

2

> Attorney for Defendants Deborah
> Osborne, Kaiti Lenhart, Debbie Wertz,
> Lisa Darus, Karen Healy, Grant Conyers,
> Heath Driggers, and Michelle Milligan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> /s/ Pausha Taghdiri
> Attorney

3