**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,**

     *Plaintiffs,*

v.                                  **Case No.: 4:26cv147-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

     *Defendants.*

_____/

## ORDER ACKNOWLEDGING MOTION TO TRANSFER

Pending before this Court is Defendants' unopposed motion to transfer this action to the Southern District of Florida. ECF No. 36. This Court recognizes why Defendants have now filed a motion to transfer with this Court, given that some caselaw from the Southern District of Florida suggests that the transferring court is the appropriate court to rule on such motions. *See* ECF No. 33 at 5–6 (listing cases). However, consistent with this Court's prior decisions, *see, e.g.*, *Humbert v. Bytedance, Inc.*, Case No.: 5:24cv236-MW/MJF, 2025 WL 2412155 (N.D. Fla. Jan. 28, 2025) (Walker, C.J.) (order denying motion to transfer without prejudice), this Court defers to the Southern District of Florida with respect to its decision on a motion to transfer now pending in the first-filed case. This Court believes that the law requires the first-filed court to rule on the transfer motion, so this Court defers

to the Southern District of Florida to so rule at this time. However, in the event the Southern District of Florida determines it is not the appropriate court to rule on Defendants' pending motion, this Court will address Defendants' unopposed motion on an expedited basis.

    **SO ORDERED on April 20, 2026.**

               **s/Mark E. Walker**
               **United States District Judge**