**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                                 **Case No.: 4:26cv147-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

**ORDER DIRECTING CLERK TO TRANSFER CASE AND CLOSE FILE**

This Order acknowledges Defendants' Notice of Order Granting in Part Motion to Transfer, Consolidate, and Align Pleading Deadlines, ECF No. 53. Inasmuch as the District Judge for the Southern District of Florida has granted the request to transfer this action to the Southern District of Florida, *see* ECF No. 53-1, the motion to transfer now pending before this Court, ECF No. 36, is **DENIED as moot**. The Clerk is directed to **TRANSFER** this action to the Southern District of Florida and close the file.

    **SO ORDERED on May 4, 2026.**

                         **s/Mark E. Walker_____**
                         **United States District Judge**